| | |
|---|---|
| 1 | RICHARD M. ROGERS, #045843 |
| | MAYO & ROGERS |
| 2 | 114 Sansome Street, #1310 |
| | San Francisco, CA 94104 |
| 3 | Telephone:   415/397-1515 |
| | Facsimile:    415/397-1540 |
| 4 | Email:          RogersRMR@aol.com |
| 5 | Attorneys for Plaintiff/Counterdefendant |
| | DAVID CHURCHILL |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHURCHILL, | CASE NO. C04-0489 JCS [ECF] |
| Plaintiff, | |
| v. | Case filed:    02/05/04 |
| | Trial date:    10/24/05 |
| WINTER CHEVROLET COMPANY, INC., AND ROSE WINTER, | **STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE** |
| Defendants. | |
| WINTER CHEVROLET COMPANY, INC., AND ROSE WINTER, | |
| Counterclaimants, | |
| v. | |
| DAVID CHURCHILL, | |
| Counterdefendant. | |

1  Due to a scheduling conflict affecting Plaintiff's counsel, the parties hereby stipulate to reschedule
2  trial in this matter to commence on **February 27, 2006, at 8:30 a.m.**
3  The Final Pretrial Conference, currently set for October 7, 2005, at 1:30 p.m., has been continued
4  to **February 3, 2006, at 1:30 p.m.**

6  Dated:    07/11/05                                   MAYO & ROGERS

8                                                       By:   /s/
                                                        RICHARD M. ROGERS
9                                                       Attorneys for Plaintiff/Counterdefendant

10 Dated:    07/11/05                                   LITTLER MENDELSON

12                                                      By:   /s/
                                                        JOSHUA J. CLIFFE
13                                                      Attorneys for Defendants/Counterclaimants

14 IT IS SO ORDERED.

16 Dated: 7/15/05          By: /s Joseph C. Spero
                           MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT