| | |
|---|---|
| 1 | ROBERT G. HULTENG, Bar No. 071293 |
| 2 | JOSHUA J. CLIFFE, Bar No. 215390<br>LITTLER MENDELSON |
| 3 | A Professional Corporation<br>650 California Street, 20th Floor |
| 4 | San Francisco, CA 94108.2693<br>Telephone: 415.433.1940 |
| 5 | Attorneys for Defendants/Counterclaimants |
| 6 | WINTER CHEVROLET COMPANY,<br>INC. and ROSE WINTER |
| 7 | RICHARD M. ROGERS, Bar No. 045843 |
| 8 | MAYO & ROGERS<br>114 Sansome Street, #1310 |
| 9 | San Francisco, CA 94104 |
| 10 | Attorneys for Plaintiff/Counterdefendant<br>DAVID CHURCHILL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHURCHILL,<br><br>    Plaintiff,<br><br>v.<br><br>WINTER CHEVROLET COMPANY,<br>INC., AND ROSE WINTER,<br><br>    Defendants.<br><br>WINTER CHEVROLET COMPANY,<br>INC., AND ROSE WINTER,<br><br>    Counterclaimants,<br><br>v.<br><br>DAVID CHURCHILL,<br><br>    Counterdefendant. | Case No. C04-0489 JCS [ECF]<br><br>**STIPULATION NOT TO REFERENCE DEFENDANT'S INSURANCE COVERAGE DURING JURY TRIAL**<br><br>[Civil L.R. 7-12] |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION RE DEFENDANT'S
INSURANCE COVERAGE

Case No. C04-0489 JCS [ECF]

IT IS HEREBY STIPULATED AND AGREED, by and through the parties' respective counsel of record, as follows:

During the jury trial of this action, neither party will make any reference to Defendant Winter Chevrolet's insurance coverage in the presence of the jury.

IT IS SO STIPULATED.

Dated: January 13, 2006

_____
JOSHUA J. CLIFFE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
WINTER CHEVROLET COMPANY, INC.
AND ROSE WINTER

Dated: January 13, 2006

/s/ Richard M. Rogers
_____
RICHARD M. ROGERS
MAYO & ROGERS
Attorneys for Plaintiff
DAVID CHURCHILL

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~January~~ 2/10, 2006

_____
UNITED STATES MAGISTRATE JUDGE
JOSEPH C. SPERO

Firmwide:80730386.1 023944.1004

STIPULATION RE DEFENDANT'S INSURANCE COVERAGE       2.       Case No. C04-0489 JCS [ECF]