UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHURCHILL, | Case No. C04-0489 JCS |
| Plaintiff(s), | **ORDER RE JUROR MEALS** |
| v. | |
| WINTER CHEVROLET, ET AL., | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **February 28, 2006, at 8:00 a.m.**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: February 13, 2006

JOSEPH C. SPERO
United States Magistrate Judge

order re juror meals.wpd